

# M E M O R A N D U M

## DISTRICT OF NEW JERSEY

**To:** Honorable Cathy L. Waldor
U.S. Magistrate Judge

**cc:** Jonathan Romankow, Assistant United States Attorney
Daniel Welsh, Defense Counsel

**From:** Vincent Imbrosciano, U.S. Pretrial Services Officer

**Re:** ROMAN, Anthony
Criminal Number 13-7202
Petition for Action

**Date:** August 21, 2013

Attached is a Petition for Action on Conditions of Pretrial Release recommending that Your Honor order the following:

☐ A warrant shall be issued for the defendant's arrest due to violation of the conditions of pretrial release. In the interest of safety, this Petition for Action shall <u>be sealed</u> until such time as the warrant is executed and upon further order of the Court.

**X** The conditions of release shall be amended as indicated in the attached Petition for Action.

☐ A hearing shall be scheduled to address the violation of the conditions of pretrial release.

Should Your Honor concur with the recommendation, an Order has been provided for your signature.

Pretrial Services is available to the Court should any further information be needed.

Thank you for Your Honor's attention to this matter.

Reviewed by:

_____
Sandra Bravo
Supervising U.S. Pretrial Services Officer

PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Anthony Roman**　　　　　　　　　　　　　　　　　　　Docket No. **13-7202**

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Vincent Imbrosciano** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Anthony Roman**, who was placed under pretrial release supervision by the **Honorable Cathy L. Waldor** sitting in the Court at 50 Walnut Street, Newark, New Jersey, on August 2, 2013, under the following conditions:

1. $100,000 unsecured appearance bond cosigned by Zaida Bryant
2. Pretrial Services Supervision
3. Travel restricted to New Jersey, unless approved by Pretrial Services
4. Refrain from possessing a firearm, destructive device, or other dangerous weapons. All firearms in any home in which the defendant resides shall be removed within 72 hours and verification provided to Pretrial Services. Defendant to surrender his firearm purchaser's ID card/permits.

Respectfully presenting petition for action of Court and for cause as follows:

See attached

PRAYING THAT THE COURT WILL ORDER: **Modification of bail to include the condition of mental health treatment as directed by Pretrial Services.**

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this 21ST day of August, 2013 and ordered filed and made a part of the records in the above case.<br><br>_____<br>Honorable Cathy L. Waldor<br>U.S. Magistrate Judge | Executed on 8/21/13<br><br>_____<br>Vincent Imbrosciano<br>U.S. Pretrial Services Officer |